IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )        CRIMINAL NO.   15-30118-~~DRH~~ MJR
        vs.                        )
                                   )
GREGORY MASON,                     )
                                   )
                    Defendant.     )

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1.     On December 20, 2014, Defendant Gregory Mason was an inmate at the Federal Correctional Institution at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois.

2.     On the above date, an officer monitoring the visiting room observed the defendant acting suspiciously.   Based on this behavior, the defendant was immediately placed in a dry cell after his visit ended so that his bowel movements could be monitored.

3.     On December 22, 2014, the defendant defecated out four (4) balloons that contained a green leafy substance which field tested positive for marihuana.

4.     Marihuana is a prohibited object for a federal inmate to possess.

5.     This stipulation of facts is intended only to provide the Court with a sufficient

1

foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

GREGORY MASON
Defendant

ANGELA SCOTT
Assistant United States Attorney

ETHAN SKAGGS
Attorney for Defendant

Date: 10/1/15

Date: 10/1/15

2